IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case NO. 2:10-cr-0423 KJM |
| | ) | |
| Plaintiff, | ) | Order After Competency Hearing |
| | ) | |
| v. | ) | |
| | ) | |
| KENYATTA ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**<u>ORDER</u>**

On August 10, 2011, counsel for the defendant filed a memorandum declaring a doubt as to the competency of his client, Kenyatta Allen. (Doc. 41). Based on the representations of defense counsel, and the lack of opposition by counsel for the government, the court determined that "there was reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering [her] mentally incompetent to the extent that [she] is unable to understand the nature and consequences of the proceedings against her or to assist properly in the defense." 18 U.S.C. § 4241(a). Accordingly, the court set a date for a competency

1

hearing and appointed Dr. Bruce W. Ebert clinical and forensic psychologist, to conduct a competency evaluation to determine whether the defendant is competent to stand trial. (Docs. 45, 49).

Dr. Ebert examined the defendant over the course of two days and produced a report to the court, with copies provided to counsel for the government and the defendant. 18 U.S.C. § 4247(c). That report, which has been filed under seal, complied with the requirements of section 4247(c) and concluded that the defendant is competent to stand trial.

On October 27, 2011, the parties appeared before the court on the date set for the competency hearing. 18 U.S.C. § 4241(c). The government and the defendant stipulated that, if called as a witness, Dr. Ebert would testify to the conclusions set forth in his report, to wit, that the defendant "is able to understand the nature of the charges and is able to assist her counsel in her defense in a rational manner." Neither the government nor the defendant submitted any additional evidence for the court's consideration regarding the defendant's competency to stand trial at the hearing. 18 U.S.C. § 4247(d).

The court has read and considered Dr. Ebert's report. The court finds that the defendant is able to understand the nature and consequences of the proceedings against her and to assist properly in her defense. Accordingly, the defendant is competent to stand trial

IT IS SO ORDERED.
Dated: November 2, 2011.

_____
UNITED STATES DISTRICT JUDGE