William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for KENYATTA ALLEN

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-cr-00423 KJM |
| | ) | |
| Plaintiff, | ) | REQUEST TO SEAL DOCUMENT |
| | ) | AND ORDER |
| v. | ) | |
| | ) | |
| ALLEN et al, | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Federal Rule of Criminal Procedure 49.1 and Local Rule 141, defendant, Kenyatta Allen, by and through her attorney William E. Bonham, moves to have filed under seal the "Waiver of Defendant's Appearance," filed with the Court on October 27, 2011 and re-submitted herein. The "Waiver of Defendant's Appearance," contains the defendant's home address and it is requested that the document be seal indefinitely except pursuant to a court order

1

issued upon a showing good cause to have it unsealed. A redacted "Waiver of Defendant's Appearance" will subsequently be filed providing the public and parties with all relevant information. The "Waiver of Defendant's Appearance," is a two- page document that has been consecutively paginated.

Respectfully submitted,

Dated: November 3, 2011

By: /s/ William E. Bonham for
WILLIAM E. BONHAM
Attorney for defendant
KENYATTA ALLEN

## **ORDER**

IT IS SO ORDERED that the "Waiver of Defendant's Appearance" be filed under seal pursuant to Federal Rule of Criminal Procedure 49.1 and Local Rule 141. Defense counsel is directed to file a redacted waiver of appearance within seven (7) days of this order.

DATED: November 4, 2011.

UNITED STATES DISTRICT JUDGE